BEFORE THE THIRD DIVISION, OCTOBER 14, 1965

No. 69592.—Michael Werdiger, Inc. v. United States (Christensen Diamond Products, Party in Interest), protest 63/17423 (Denver).—

Opinion by Donlon, J.   The protest, having been abandoned, was dismissed.